AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| Michael Erwine, an Individual, | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 3:18-cv-00461 |
| Churchill County, a political subdivision of the State of Nevada; and DOES 1 through 10, inclusive, | ) <br> ) <br> ) |
| *Defendant(s)* | ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10, inclusive, c/o Pete Olsen, Chairman of the Board, Churchill County Commissioners located at 155 North Taylor Street, Suite 110, Fallon, Nevada 89406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jason D. Guinasso, Esq.
    Hutchinson & Steffen, PLLC
    500 Damonte Ranch Parkway, Suite 980
    Reno, Nevada 89521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

**CLERK**

*[signature]*

**(By) DEPUTY CLERK**

October 1, 2018

**DATE**

UNITED STATES DISTRICT COURT

Michael Erwine, an individual,
    Plaintiff(s),
VS.

CASE NO:   3:18-cv-00461

Churchill County, a political subdivision of the State of Nevada,
    Defendant(s),

## DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF Washoe    ss.:

Jeff Hopkins, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET** On 10/3/2018 and served the same on 10/5/2018 at 3:19 PM by delivery and leaving a copy with:

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **Pamela Moore** whose title is **Admin assistant.**

Served on behalf of **Churchill County, a political subdivision of the state of Nevada c/o Pete Olsen, Chairman of the Board, Churchill County Commissioners**

Service Address: **Churchhill County Commissioners - 155 N Taylor St Ste 110, Fallon, NV 89406-2763**

A description of Pamela Moore is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Auburn | 51-55 | 5'1 - 5'6 | 161-180 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 10/7/2018
by Jeff Hopkins
Registration: R-2018-03739

No notary is required per NRS 53.045

X_____
Jeff Hopkins
Registration: R-2018-03739
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com

Order#: R49542 NVPRF411