| | |
|---|---|
| 1 | Katherine F. Parks, Esq. - State Bar No. 6227 |
| 2 | Thorndal Armstrong Delk Balkenbush & Eisinger |
| | 6590 S. McCarran Blvd., Suite B |
| 3 | Reno, Nevada 89509 |
| | (775) 786-2882 |
| 4 | kfp@thorndal.com |
| 5 | Attorneys for Defendant |
| | CHURCHILL COUNTY |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL ERWINE, an individual,

          Plaintiff,

vs.

CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive,

          Defendants.

CASE NO. 3:18-cv-00461-RCJ-WGC

**STIPULATION AND ORDER FOR DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT [ECF. NO. 1]**

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendant, CHURCHILL COUNTY, by and through their undersigned attorneys of record, and hereby stipulate and agree that Defendant shall have up to and including November 8, 2018, in which to file their answer to Plaintiff's Complaint [ECF NO. 1], or otherwise respond to same.

Plaintiff served his Complaint upon the Defendant on October 5, 2018;

Defendants are requesting an additional two (2) weeks in which to file an answer to the Complaint, or otherwise respond to same;

///

///

///

Accordingly, it is hereby stipulated and agreed by and between the parties that the Defendants shall file an answer to the Complaint or otherwise respond to same on or before November 8, 2018.

| DATED this 23rd day of October, 2018. | DATED this 23rd day of October, 2018. |
|---|---|
| HUTCHISON & STEFFEN, PLLC | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: / s / **Jason Guinasso** <br> Jason Guinasso, Esq. <br> 500 Damonte Ranch Parkway, Suite 980 <br> Reno, Nevada 89521 <br> T: 775-853-8746 <br> F: 775-201-9611 <br> jguinasso@hutchlegal.com <br> Attorneys for Plaintiff | By: / s / **Katherine F. Parks** <br> Katherine F. Parks, Esq. <br> State Bar No. 6227 <br> 6590 S. McCarran Blvd., Suite B <br> Reno, Nevada 89509 <br> T: (775) 786-2882 <br> F: (775) 786-8004 <br> kfp@thorndal.com <br> Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED: October 24, 2018.

_____
UNITED STATES MAGISTRATE JUDGE