1  JASON D. GUINASSO, ESQ.
   HUTCHISON & STEFFEN, PLLC
2  SBN# 8478
   500 Damonte Ranch Parkway, Suite 980
3  Reno, Nevada 89521
4  Telephone: (775) 853-8746
   Facsimile: (775) 201-9611
5  jguinasso@hutchlegal.com
   *Attorney for Plaintiff*
6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11  MICHAEL ERWINE, an individual

12           Plaintiff,                    CASE NO.: 3:18-cv-00461-RCJ-WGC

13
                                           **STIPULATED DISCOVERY PLAN AND**
14  vs.                                    **SCHEDULING ORDER**

15  CHURCHILL COUNTY, a political           **(SUBMITTED IN COMPLIANCE WITH**
    subdivision of the State of Nevada; and **LR 26-1(B))**
16  DOES 1 through 10 inclusive.

17
             Defendants.
18

19
        Plaintiff MICHAEL ERWINE ("Plaintiff"), and Defendant  CHURCHILL COUNTY, a
20
    political subdivision of the State of Nevada, ("Defendant") by and through their respective attorneys
21
    of record, hereby submit this Stipulated Discovery Plan and Scheduling Order pursuant to Federal
22
    Rule of Civil Procedure 26(f) and Local Rule 26-1(b).
23
        1.      **Fed. R. Civ. P. 26(a) Initial Disclosures:**
24
        Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Court 26-1(d), on
25
    Wednesday, December 5, 2018, Jason Guinasso, Esq. counsel for Plaintiff, and Katherine F. Parks,
26
    Esq., counsel for Defendant, conducted a meeting to discuss the relevant issues for discovery, possible
27
    early resolution of the matter, and other pertinent issues.  Pursuant to these discussions, the parties
28

agree that they will submit their initial disclosures on or before ***Wednesday, December 19, 2018***.

**2.      Discovery Cut-Off Date:**

Discovery will take not more than one hundred eighty (180) days from November 15, 2018, which is the date of Defendant's Answer to Complaint (**ECF No. 9**).  Accordingly, all discovery must be completed no later than ***Tuesday, May 14, 2019.***

**3.      Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than ***Wednesday, February 19, 2019***.

**4.      Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than ***Friday, March 15, 2019,*** and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than ***Monday, April 15, 2019[1].***

**5.      Dispositive Motions:**

The parties shall file dispositive motions not more than (30) days after the discovery cut-off date and, therefore, not later than ***Thursday, June 13, 2019.***

**6.      Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than ***Monday, July 15, 2019[2].***

**7.      Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(e)(6) in the Joint Pretrial Order, not more than thirty (30) days after the

---

[1] With respect to the rebuttal expert disclosure deadline, the deadline falls on Sunday April 14, 2018. As a result, the rebuttal expert disclosure deadline extends to the next Court day of Monday, April 15, 2019, by operation of FRCP 6.

[2] With respect to the Joint Pretrial Order deadline, the deadline falls on Saturday, July 13, 2019. As a result, the Pretrial Order deadline extends to the next Court day of Monday, July 15, 2019, by operation of FRCP 6.

date set for filing dispositive motions and, therefore, not later than ***Monday, July 15, 2019[3]***.

**8.     Interim Status Report:**

In accordance with Local Rule 26-3, an Interim Status Report will be filed by the parties with the Court sixty (60) days prior to the discovery cut-off date, and therefore, not later than, ***Friday, March 15, 2019.***

**9.     Alternative Dispute Resolution:**

The parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration and early neutral evaluation.

**10.     Alternative Forms of Case Disposition:**

The parties certify they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01).

**11.     Electronic Evidence:**

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  Discussions between the parties will be ongoing as the trial date approaches and any electronic evidence will be presented in a format compatible with the Court's electronic jury evidence display system.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[3] With respect to the Fed. R. Civ. P. 26(a)(3) Disclosures deadline, the deadline falls on Saturday, July 13, 2019. As a result, the Fed. R. Civ. P. 26(a)(3) Disclosures deadline extends to the next Court day of Monday, July 15, 2019, by operation of FRCP 6.

**12.     Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days before the expiration of the subject deadline.

Dated:  December 6, 2018.                           Dated:  December 6, 2018.

Respectfully submitted,                              Respectfully submitted,


/s/ Jason D. Guinasso, Esq.                          /s/ Katherine F. Parks
**HUTCHISON & STEFFEN, PLLC**                        **THORNDAL ARMSTRONG DELK**
Jason D. Guinasso, Esq.                              **BALKENBUSH & EISINGER**
State Bar No. 8478                                   Katherin F. Parks, Esq.
500 Damonte Ranch Parkway, Suite 980                 State Bar No. 6227
Reno, NV 89521                                       6590 S. McCarran Blvd., Suite B
T: (775) 853-8746                                    Reno, Nevada 89509
F: (775) 201-9611                                    T: (775) 786-2882
jguinasso@hutchlegal.com                             F: (775) 786-8004
Attorney for Plaintiff Michael Erwine                kfp@thorndal.com
                                                     Attorneys for Defendant


**IT IS SO ORDERED.**

Dated this __10th__ day of __December__, 2018.


William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

4.