Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
CHURCHILL COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, an individual, | CASE NO. 3:18-cv-00461-RCJ-WGC |
| Plaintiff, | |
| vs. | **JOINT PRE-ENE STATUS REPORT** |
| CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive, | |
| Defendants. | |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendant, CHURCHILL COUNTY, by and through their undersigned attorneys of record, and hereby submit their Joint Pre-ENE Status Report as follows:

**Initial Disclosures:**

In accordance with FRCP 26(f), both parties have exchanged their Initial Disclosures.

**Pending Motions:**

There are no pending motions at this time.

**Calculation of Damages:**

Plaintiff has provided a calculation of damages to the Defendants.

///

- 1 -

**Attendees:**

Mr. Erwine and Mr. Guinasso will be in attendance. Attending on behalf of the Defendants will be Churchill County Chief Civil Deputy District Attorney Ben Shawcroft, Jasmine Sanchez on behalf of Churchill County's insurance carrier and Katherine Parks.

| DATED: This 24th day of January, 2019. | DATED: This 24th day of January, 2019. |
|---|---|
| HUTCHISON & STEFFEN, PLLC | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By:  */s/ Jason Guinasso*<br>     Jason D. Guinasso, Esq.<br>     500 Damonte Ranch Parkway, Ste 980<br>     Reno, Nevada 89521<br>     Attorneys for Plaintiff<br>     MICHAEL ERWINE | By:  */s/ Katherine Parks*<br>     Katherine F. Parks, Esq.<br>     State Bar No. 6227<br>     6590 S. McCarran Blvd., Suite B<br>     Reno, Nevada 89509<br>     Attorneys for Defendant<br>     CHURCHILL COUNTY |

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **JOINT PRE-ENE STATUS REPORT** to be served on all parties to this action by:

\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Jason D. Guinasso, Esq.**
**Hutchison & Steffen, PLLC**
**500 Damonte Ranch Parkway, Suite 980**
**Reno, NV 89521**
*Attorney for Plaintiff*

DATED this 24th day of January, 2019.

　　　　　　　　　　　　　　　*/ s / Sam Baker*
　　　　　　　　　　　　　　　An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER