Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ERWINE,

    Plaintiff(s),

vs.

CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive.

    Defendant(s).

Case No. 3:18-cv-00461-RCJ-WGC

## SUBSTITUTION OF ATTORNEY

Plaintiff Michael Erwine hereby substitutes Luke Busby, Esq. as attorney of record in place and stead of Jason D. Guinasso, Esq.

Dated: 3/29/2019      By: _____
    Micheal Erwine

I consent to the above substitution.

Dated: 3/29/2019      By: _____
    Jason D. Guinasso, Esq.

1

Respectfully submitted this March 29, 2019:

By: /s/ Luke Busby
Luke Busby
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**APPROVED:**

Dated: April 1, 2019            By: /s/ William G. Cobb
                                    UNITED STATES MAGISTRATE JUDGE