# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, an individual, | Case No.: 3:18-CV00461-RCJ-WGC |
| Plaintiff, | AMENDED ORDER SETTING HEARING |
| Vs. | |
| CHURCHILL COUNTY, *et al.*, | |
| Defendants. | |

Before the Court is Defendants' Motion to Enforce Settlement (ECF No. 31); Motion for Leave to File Exhibit to Motion to Enforce Settlement Under Seal (ECF No. 32); and Motion to Unseal (ECF No. 33). Accordingly,

IT IS HEREBY ORDERED that the Motion Hearing currently set for 1:30 P.M., Tuesday, May 28, 2019, is VACATED and RESCHEDULED to 1:30 P.M., Tuesday, May 14, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED.

DATED: This 26th day of April, 2019.

_____
ROBERT C. JONES
Senior District Judge