# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Erwine, | ) |
| Plaintiff, | ) |
| vs. | ) 3:18-cv-00461-RCJ-WGC |
| County of Churchill, | ) **ORDER** |
| Defendant. | ) |

Before this Court is Defendant's Motion for Leave to File Sealed Exhibit (ECF No. 32) seeking to file a proposed Mutual Release of All Claims between the parties. The Plaintiff has not contested this motion in the month since its filing. Accordingly, the Court grants the Defendant's motion and orders the Defendant to submit the exhibit by 5:00 PM PST today, May 8, 2019. *See* LR 7-2(b) ("For all . . . motions [other than motions for summary judgment], the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion."); LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, . . . constitutes a consent to the granting of the motion."). The Court notes that under its rules, the correct procedure for a party to file an exhibit under seal is to file the sealed exhibit accompanied by a motion for leave to file the documents under seal. LR IA 10-5.

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Defendant's Motion for Leave to File Sealed Exhibit (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that the Defendant is to file the proposed exhibit by 5:00 PM PST today, May 8, 2019.

IT IS SO ORDERED.

Dated this 8th day of May 2019.

_____
ROBERT C. JONES
United States District Judge