LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave 82
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL ERWINE, | |
| Plaintiff, | Case No.: 3:18-cv-00461-RCJ WGC |
| vs. | |
| CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive; | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that MICHAEL ERWINE, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on May 21, 2019, attached hereto as Exhibit 1.

## REPRESENTATION STATEMENT

The undersigned represents Plaintiff MICHAEL ERWINE and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate:

1

Plaintiff

MICHAEL ERWINE

Counsel of Record:

Luke Busby, Esq.
316 California Ave.
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

Defendants
CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive

Counsel of Record:

Katherine F. Parks, Esq.
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509
(775) 786-2882 (phone)
(775) 786-8004 (fax)
kparks@thorndal.com

Attorney for the Defendant

**DATED** this Friday, May 24, 2019

By:_____
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
 RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*

2

**EXHIBITS**

**1.  MAY 21, 2019 ORDER**


# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing pleading by:

_____   personally delivering;

_____   delivery via Reno/Carson Messenger Service;

_____   sending via Federal Express (or other overnight delivery service);

_____   depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

\_\_X\_\_   delivery via electronic means (fax, eflex, NEF, etc.) to:

      Katherine F. Parks, Esq.
      Thorndal Armstrong
      6590 S. McCarran Blvd. Suite B.
      Reno, NV 89509
      Attorney for the Defendant

**DATED** this Friday, May 24, 2019

By:\_\_\_\_*/s/ Luke A. Busby*\_\_\_\_
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*