# Exhibit 1

# Exhibit 1

## DECLARATION OF LUKE BUSBY, ESQ.

I, Luke Busby, Esq, declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am an attorney-at-law admitted to practice law in the State of Nevada;

2. I am counsel for Michael Erwine in Case No.: 3:18-cv-00461-RCJ WGC; before the Honorable Robert Jones in the United States District Court, District of Nevada;

3. I have read the foregoing Motion for Stay Pending Appeal and the factual statements therein are true and correct to the best of my knowledge;

4. Good cause exists to grant the Motion for Stay because of the potential for irreparable harm to Mr. Erwine's case should a stipulation and order for dismissal be signed and filed by counsel;

5. Before filing the Motion, I conferred by telephone with opposing counsel for the Defendants, Ms. Kathy Parks, who indicated that the Defendants would not oppose a stay of this case pending the appeal of the Court's decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/24/2019

By: _/s/ Luke A. Busby_____
Luke Busby, Esq.