Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
CHURCHILL COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.  3:18-cv-00461-RCJ-WGC<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR STAY PENDING APPEAL [ECF NO. 48]** |

COMES NOW Defendant, CHURCHILL COUNTY, by and through its attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby provides notice that it does not oppose the relief requested in Plaintiff's Motion for Stay Pending Appeal [ECF No. 48].

DATED this 28th day of May, 2019.

                                      THORNDAL ARMSTRONG
                                       DELK BALKENBUSH & EISINGER

                                      By: _/ s / Katherine F. Parks_
                                           Katherine F. Parks, Esq.
                                           State Bar No. 6227
                                         6590 S. McCarran Blvd., Suite B
                                         Reno, Nevada 89509
                                         (775) 786-2882
                                         kfp@thorndal.com
                                         Attorneys for Defendant
                                         Churchill County

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR STAY PENDING APPEAL [ECF NO. 48]** to be served on all parties to this action by:

_____   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__✓__   United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

_____   personal delivery

_____   facsimile (fax)

_____   Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**316 California Ave., #82**
**Reno, NV 89509**
*Attorney for Plaintiff*

DATED this 28th day of May, 2019.

　　　　　　　　　　　　　　　　　_/ s / Sam Baker_____
　　　　　　　　　　　　　　　　　An employee of THORNDAL ARMSTRONG
　　　　　　　　　　　　　　　　　DELK BALKENBUSH & EISINGER