# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTY OF CHURCHILL,<br><br>      Defendant. | Case No. 3:18-CV-00461-RCJ-WGC<br><br>**ORDER** |

Before this Court is Plaintiff Erwine's Motion for Stay Pending Appeal (ECF No. 48). The defendant County does not oppose the Motion (ECF No. 50) and Erwine entered a Notice of Appeal on May 24, 2019 (ECF No. 47). Pursuant to this Court's jurisdiction to grant "a stay of the judgment or other order of a district court pending appeal," FED. R. APP. P. 8(a)(1), the Plaintiff's Motion is GRANTED.

## CONCLUSION

IT IS HEREBY ORDERED that the Plaintiff's Motion for Stay Pending Appeal (ECF No. 48) is GRANTED.

IT IS SO ORDERED.

DATED: This 12th day of September, 2019.

_____
ROBERT C. JONES
United States District Judge