# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, | Case No.: 3:18-CV-00461-RCJ-WGC |
| Plaintiff, | USCA Nos.: 19-16094 |
| Vs. | ORDER ON MANDATE AND ORDER SETTING STATUS CONFERENCE |
| CHURCHILL COUNTY, a political subdivision of the State of Nevada, | |
| Defendant. | |

## ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, having reversed and remanded to the District Court for further proceedings on July 6, 2020, issued its Mandate (ECF No. 57) and the Court being fully advised in the premises,

NOW THEREFORE IT IS ORDERED that the mandate be spread upon the records of this Court.

## ORDER SETTING STATUS CONFERENCE

IT IS FURTHER ORDERED that a Zoom Status Conference is set for 10:00 A.M., Monday, August 3, 2020, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall file a Joint Status Report with the Court on or before 5:00P.M., Monday, July 27, 2020.

IT IS SO ORDERED.

Dated this 14th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge