LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave 82
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL ERWINE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive;<br><br>　　　　　Defendants.<br>_____/ | Case No.: 3:18-cv-00461-RCJ WGC<br><br>**STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** |

　　　　Plaintiff and Defendant hereby submit the following Stipulated Proposed Amended Discovery Plan and Scheduling Order in the above captioned matter in accordance with the Court's August 3, 2020 order.

　　　　**A.　　Information Requested by Fed. R. Civ. P. 26(f):**

　　　　**1.**　　No changes in limitations, other than those set forth below, set by either the Federal Rules of Civil Procedure or Local Rules for the District of Nevada are requested at this time.

　　　　**B.　　Amended Discovery and Other Deadlines:**

　　　　**1.**　　*Discovery Cut-Off Date:*

　　　　All discovery must be completed no later than **Tuesday, December 1, 2020**.

　　　　**2.**　　*Disclosures (Experts):*

1

The last day for disclosures required by Fed. R. Civ. P. 26(a)(2) concerning experts shall be **Wednesday, September 2, 2020**. The last day for disclosures regarding rebuttal experts shall be **Friday October 2, 2020**.

**3.    *Dispositive Motions:***

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Thursday, December 31, 2020**.

**4.    *Pretrial Order:***

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the close of discovery and, therefore, not later than **Friday, February 19, 2021**. In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

**C.    Additional Deadlines:**

**1.    *Extensions or Modifications of the Discovery Plan and Scheduling Order:***

A stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days prior to the discovery deadline sought to be extended.

**DATED** this Friday, August 7, 2020

By: /s/ Katherine Parks, Esq.
KATHERINE F. PARKS, ESQ.
THORNDAL ARMSTRONG
6590 S. MCCARRAN BLVD. SUITE B.
RENO, NV 89509
*ATTORNEY FOR THE DEFENDANT*

///

///

2

By: /s/ Luke Busby, Esq.
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*

## ORDER

IT IS SO ORDERED.

DATED: _____ August 11, 2020 _____

_William G. Cobb_
_____
UNITED STATES MAGISTRATE JUDGE

3