Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
CHURCHILL COUNTY AND BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>                               Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>                               Defendants. | CASE NO.  3:18-cv-00461-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

COME NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, hereby move this Court to extend the current discovery deadlines for an additional thirty (30) days.

The parties request that the discovery deadline of **December 1, 2020**, be extended for an additional thirty (30) days to and including **December 31, 2020.**

The parties request that the deadline for rebuttal expert witnesses and witness reports of **October 2, 2020,** be extended for an additional thirty (30) days to and including **November 2, 2020**.

The parties request that the deadline for filing dispositive motions of **December 31, 2020,** be extended for an additional thirty (30) days to and including **January 30, 2021.**

The parties request that the deadline to file the Joint Pre-Trial order of **December 31, 2020,** be extended for an additional thirty (30) days to and including **January 30, 2021.**.  In the

- 1 -

event dispositive motions are filed, the filing of the Joint Pre-Trial Order shall be suspended until thirty (30) days after the Court enters it decision of the dispositive motion, if any.

That a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days prior to the discovery deadline sought to be extended.

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

Should the Court grant the instant request, the following new deadlines shall apply:

**Discovery Deadline**

**December 31, 2020**

**Rebuttal Expert Disclosure Deadline**

**November 2, 2020**

**Dispositive Motion Deadline**

**January 30, 2021**

**Joint Pre-Trial Order Deadline**

**March 1, 2021**

| | |
|---|---|
| DATED this 17th day of September, 2020.<br><br>LUKE ANDREW BUSBY, LTD<br><br>By: */ s / Luke A. Busby*<br>　Luke A. Busby, Esq.<br>　State Bar No. 10319<br>　316 California Avenue, #82<br>　Reno, Nevada  89509<br>　T:  775-453-0112<br>　luke@lukeandrewbusbyltd.com<br>　Attorneys for Plaintiff | DATED this 17th day of September, 2020.<br><br>THORNDAL ARMSTRONG<br> DELK BALKENBUSH & EISINGER<br><br>By: */ s / Katherine F. Parks*<br>　Katherine F. Parks, Esq.<br>　State Bar No. 6227<br>　6590 S. McCarran Blvd., Suite B<br>　Reno, Nevada 89509<br>　T:  (775) 786-2882<br>　F:  (775) 786-8004<br>　 kfp@thorndal.com<br>　Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

DATED: September 18, 2020.

_____
UNITED STATES MAGISTRATE JUDGE