1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  Attorneys for Defendants
   CHURCHILL COUNTY AND
6  BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.  3:18-cv-00461-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DEPOSITIONS**<br><br>**First Request** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree that the deadline for completion of discovery, as it relates to completion of depositions only, shall be extended from **December 31, 2020,** to **January 29, 2021**. This is the parties' first request for an extension of the discovery deadline.

/ / /

/ / /

/ / /

- 1 -

The parties further stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| DATED this 15th day of December, 2020. | DATED this 15th day of December, 2020. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Luke A. Busby_<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave #82<br>Reno, Nevada 89509<br>Attorney for Plaintiff<br>Michael Erwine | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

**ORDER**

IT IS SO ORDERED.

DATED: __December 15_____, 2020.

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE