Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
CHURCHILL COUNTY AND
BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.  3:18-cv-00461-RCJ-WGC<br><br>**ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR PRESUMPTION AND ADVERSE JURY INSTRUCTION DUE TO SPOILATION OF EVIDENCE [ECF. NO. 84]** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree that Defendants shall have an extension of time from January 4th, 2021, through January 12th, 2021, in which to file an opposition to Plaintiff's Motion for Presumption and Adverse Jury Instruction Due to Spoilation of Evidence [ECF NO. 84].

///

///

///

///

///

- 1 -

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| DATED this 29th day of December, 2020. | DATED this 29th day of December, 2020. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Luke A. Busby_<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave #82<br>Reno, Nevada  89509<br>Attorney for Plaintiff<br>Michael Erwine | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

**ORDER**

IT IS SO ORDERED.

DATED: January 4, 2021.

_____
UNITED STATES DISTRICT JUDGE

- 2 -