1 | Luke A. Busby, Esq.
2 | SBN No. 10319
3 | 316 California Ave #82
  | Reno, Nevada 89509
4 | 775-453-0112
  | luke@lukeandrewbusbyltd.com
5 | *Attorney for Plaintiff Michael Erwine*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, an individual, | CASE NO. 3:18-cv-00461-RCJ-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE DEPOSITIONS** |
| CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive, | **Second Request** |
| Defendants. | |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree that the deadline for completion of discovery, as it relates to completion of the deposition of Defendant's expert Aubrey Corwin only, shall be extended from **January 29, 2021,** to **February 15, 2021**. This is the parties' second request for an extension of the discovery deadline.

/ / /

/ / /

/ / /

- 1 -

The parties further stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| DATED this 11th day of January, 2021. | DATED this 11th day of January, 2021. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Luke A. Busby_<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave #82<br>Reno, Nevada 89509<br>Attorney for Plaintiff<br>Michael Erwine | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

## **ORDER**

IT IS SO ORDERED.

DATED: January 11, 2021.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE