1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
5  Attorneys for Defendants
   CHURCHILL COUNTY AND
6  BENJAMIN TROTTER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>                        Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>                        Defendants. | CASE NO.  3:18-cv-00461-RCJ-WGC<br><br>**ORDER FOR<br>EXTENSION OF TIME TO FILE OPPOSITION TO SECOND MOTION FOR PRESUMPTION AND ADVERSE JURY INSTRUCTION DUE TO SPOILATION OF EVIDENCE, OR IN THE ALTERNATIVE, DISMISSAL AND DEFAULT JUDGMENT<br>[ECF. NO. 98]** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree that Defendants shall have an extension of time from February 20, 2021, through February 26, 2021, in which to file an opposition to Plaintiff's Second Motion for Presumption and Adverse Jury Instruction Due to Spoilation of Evidence, or in the alternative, Dismissal and Default Judgment [ECF NO. 98].

///

///

///

Case 3:18-cv-00461-RCJ-WGC   Document 103   Filed 02/19/21   Page 2 of 2

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| DATED this 17th day of February, 2021. | DATED this 17th day of February, 2021. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Luke A. Busby_<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave #82<br>Reno, Nevada  89509<br>Attorney for Plaintiff<br>Michael Erwine | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

**ORDER**

IT IS SO ORDERED.

DATED: February 19, 2021.

_____
UNITED STATES DISTRICT JUDGE

- 2 -