**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MICHAEL ERWINE,

        Plaintiff,

vs.

CHURCHILL COUNTY, a political subdivision of the State of Nevada, CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER, and DOES 1 through 10 inclusive;

        Defendants.
_____/

Case No.: 3:18-cv-00461-RCJ WGC

**ORDER GRANTING STIPULATION FOR DISMISSAL OF 42 U.S.C. 1983 DUE PROCESS PROPERTY INTEREST CLAIM** (ECF No. 113)

    It is stipulated and agreed by and between Plaintiff MICHAEL ERWINE, and Defendants CHURCHILL COUNTY, a political subdivision of the State of Nevada, and CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER, that the Plaintiff's 42 U.S.C. 1983 Due Process protected property interest claim (ECF #63 at 18) asserted against Defendant CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER in the above-captioned matter be dismissed with prejudice, with the parties to bear their own attorney's fees and costs for this claim.

    The parties are not stipulating to dismissal of any of the other claims for relief made in the Plaintiff's Amended Complaint at ECF #63 – including the Plaintiff's 42 U.S.C. 1983 Due Process protected liberty interest claim. *Id.* at 19.

///

///

1

**DATED** this <u>Thursday, April 29, 2021:</u>

By: <u>   /s/ Katherine Parks, Esq.   </u>
   Katherine F. Parks, Esq.
   Thorndal Armstrong
   6590 S. McCarran Blvd. Suite B.
   Reno, NV 89509
   *Attorney for the Defendants*

By: <u>   /s/ Luke Busby, Esq.   </u>
   Luke Busby, Esq.
   Nevada State Bar No. 10319
   316 California Ave #82
   Reno, NV 89509
   775-453-0112
   luke@lukeandrewbusbyltd.com
   *Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 29, 2021.

2