Luke A. Busby, Esq.
State Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-00461-RCJ-WGC<br><br>**ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF. NO. 115] AND PROPOSED JOINT PRETIRAL ORDER – FIRST REQUEST** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree that Defendants shall have an extension of time from May 21, 2021, to May 28, 2021, in which to file an opposition to Plaintiff's Motion for Partial Summary Judgment [ECF NO. 115]. The parties also request that the time for filing of the Proposed Joint Pretrial Order be extended from May 31, 2021, to 30 days after the order has been entered on the Plaintiff's Motion for Partial Summary Judgment (ECF No. 115).

This is the first request for extension of time to file the opposition. The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

- 1 -

| DATED this 12th day of May, 2021. | DATED this 12th day of May, 2021. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **Luke A. Busby**_<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave.<br>Reno, Nevada 89509<br>Attorney for Plaintiff<br>Michael Erwine | By: _/ s / **Katherine F. Parks**_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

**ORDER**

IT IS SO ORDERED.

DATED: May 19, 2021.

_____
UNITED STATES DISTRICT JUDGE