Luke A. Busby, Esq.
State Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.  3:18-cv-00461-RCJ-WGC<br><br>**ORDER FOR CONTINUANCE OF TRIAL DATE AND ASSOCIATED DEADLINES DUE TO PLANNED MEDIATION** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree, and request that the Court continue the date set for trial in this matter and all associated deadlines such that the parties may attempt to settle this matter.

The trial in this matter is currently set for December 6, 2021 (See ECF #125), and the Proposed Joint Pretrial Order in this matter is due on November 5, 2021. See ECF #128.  The parties have agreed to hold a mediation in the matter as soon as is practicable.  Considering this, the parties believe that a continuance of the trial date is appropriate to avoid costs and fees that could otherwise be avoided if an agreement to settle the matter may be reached. Further, a

- 1 -

continuance will avoid the parties' taking up time on the Court's calendar that could be utilized for other matters, should the pending mediation be successful.

The parties request that the Court reschedule all applicable trial related dates in this matter to February of 2022 or thereafter depending upon the availability of the court and counsel for all parties.

The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| DATED this 18th day of October, 2021. | DATED this 18th day of October, 2021. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: / s / Luke A. Busby<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave.<br>Reno, Nevada 89509<br>Attorney for Plaintiff<br>Michael Erwine | By: / s / Katherine F. Parks<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

IT IS ORDERED that the Calendar Call scheduled for 11/22/2021 and Jury Trial scheduled for 12/6/2021 are hereby VACATED and RESET as follows:
Calendar Call is scheduled for Monday, 2/7/2022 at 10:00 a.m. in Reno courtroom 3; Jury Trial is scheduled for Monday, 2/28/2022 at 8:30 a.m. in Reno courtroom 3.

DATED: October 19, 2021.

_____
UNITED STATES DISTRICT JUDGE