UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-00461-RCJ-WGC<br><br>**ORDER**<br>**ESTABLISHING TRIAL RELATED**<br>**DEADLINES** |

COMES NOW Plaintiff, MICHAEL ERWINE, and Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their undersigned attorneys of record, and hereby stipulate and agree, and request that the Court order the following deadlines for trial related matters for the trial in this matter currently set to commence on February 28, 2022 (See ECF # 130):

Proposed Joint Pretrial Order due by 1/28/2022.

Exhibit List due by 2/07/2022.

Witness List due by 2/07/2022.

Proposed Findings of Fact and Conclusions of Law due by 2/07/2022.

Proposed Jury Instructions due by 2/07/2022.

- 1 -

1    Proposed Voir Dire due by 2/07/2022.

2    Trial Briefs due by 2/07/2022.

3    The parties hereby stipulate and agree that this request is not made for any improper purpose or for purposes of delay and that no party shall be prejudiced by same.

| DATED this 19th day of October, 2021. | DATED this 19th day of October, 2021. |
|---|---|
| LUKE ANDREW BUSBY, LTD | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / Luke A. Busby_<br>Luke A. Busby, Esq.<br>State Bar No. 10319<br>316 California Ave.<br>Reno, Nevada 89509<br>Attorney for Plaintiff<br>Michael Erwine | By: _/ s / Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>Attorneys for Defendants<br>Churchill County and Benjamin Trotter |

**ORDER**

IT IS SO ORDERED.

DATED: October 27, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE