# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

MICHAEL ERWINE,

    Plaintiff,

vs.

CHURCHILL COUNTY, a political subdivision of the State of Nevada, CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER, and DOES 1 through 10 inclusive;

    Defendants.

Case No.: 3:18-cv-00461-RCJ WGC

**VERDICT FORM**

**CLAIM 1:** Do you find that Benjamin Trotter violated Michael Erwine's 14th Amendment Due Process right to a name clearing hearing?

Yes: ___   No: ___

**CLAIM 2:** Do you find that Churchill County violated Michael Erwine's 14th Amendment Due Process right to a name clearing hearing?

Yes: ___   No: ___

**CLAIM 3**: Do you find that Benjamin Trotter violated Michael Erwine's Due Process rights under the Nevada Constitution to a name clearing hearing?

Yes: ___   No: ___

Do you find that Churchill County violated Michael Erwine's Due Process rights under the Nevada Constitution to a name clearing hearing??

Yes: ___   No: ___

**CLAIM 4**: Do you find that Benjamin Trotter discharged Michael Erwine in violation of the public policy of the State of Nevada.

Yes: ____   No: ____

**CLAIM 5:** Do you find that Benjamin Trotter defamed Michael Erwine.

Yes: ____   No: ____

If yes, do you find that Benjamin Trotter's statements tend to injure Mr. Erwine in his trade, business, or profession?

Yes: ____   No: ____

**CLAIM 6**: Do you find that Sheriff Trotter intentionally interfered with Mr. Erwine's potential future employment?

Yes: ____   No: ____

*If yes to any of the above, what do you find to be Michael Erwine's amount of damages?*

Impairment of Reputation:                                $_____

Past Damages - October 10, 2016 to present:   $_____

Future Economic Damages:                             $_____

Emotional Distress:                                         $_____

Punitive Damages:                                          $_____

**DATED** this _____

_____
FOREPERSON

2