EXHIBIT LIST    page __1 of 11__

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | |
| | | | | Employment Application submitted by M. Erwine to Churchill County for Deputy Sheriff Position / ERW0005-ERW0008 |
| | | 2 | | |
| | | | | Letter from Churchill County re: offer of employment for position of Detention Deputy at $21.44 per hour / ERW0009 |
| | | 3 | | |
| | | | | Code of Ethical Standards Acknowledgement / ERW011 |
| | | 4 | | |
| | | | | Job Description for Deputy Sheriff Detention with Churchill County signed M. Erwine / ERW0019-ERW0022 |
| | | 5 | | |
| | | | | Official Oath (Churchill County Sheriff's Office appointment of M. Erwine to serve as Deputy Sheriff) Doc #450497 / ERW0023-ERW0026 |

EXHIBIT LIST    page ___2 of 11___

Case #  3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description | |
|---|---|---|---|---|---|
| | | 6 | | | |
| | | | | Employee Evaluation Report (rating period from 12/9/15-3/9/16) from Churchill County Sheriff's Office re: M. Erwine | ERW0029-ERW0032 |
| | | 7 | | | |
| | | | | Booking Sheet for Inmate # J16-1148 from Churchill County Sheriff's Office re: Andrew Allen Beaulieu (SSN Redacted) | ERW0037 |
| | | 8 | | | |
| | | | | Letter from Deputy Thompson to Sheriff Trotter re Inmate Beaulieu and Deputy Erwine | ERW0039-ERW0040 |
| | | 9 | | | |
| | | | | Letter from Sgt Summers to Sheriff Trotter re Andrew Beulieu and Dep Erwine | ERW0041-ERW0042 |
| | | 10 | | | |
| | | | | Narrative report re Andrew Beaulieu | ERW0043 |

EXHIBIT LIST        page   3 of 11

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 11 | | Security Unit Observation Sheet<br><br>ERW0044 |
| | | 12 | | Word document from Erwine's computer with notes from Beaulieu's incident<br><br>ERW0045-ERW0046 |
| | | 13 | | Incident Report from Deputy Jabines re taser with Maes<br><br>ERW0047 |
| | | 14 | | Taser Report<br><br>ERW0048-ERW0050 |
| | | 15 | | Employee Action Notice re: M. Erwine's resignation effective 10/10/2016<br><br>ERW0051 |

EXHIBIT LIST                    page ___4 of 11___

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 16 |  |  |
| Letter of Separation from Churchill County Sheriff's Office | | | | ERW0052 |
|  |  | 17 |  |  |
| Memo to Personnel File re- Failure to Follow proper chain of 10/10/16 command | | | | ERW0053-ERW0055 |
|  |  | 18 |  |  |
| Fax from Washoe County Sheriff to Churchill County Sheriff's Office requesting information regarding preemployment background check for M. Erwine (SSN Redacted) | | | | ERW0064-ERW0065 |
|  |  | 19 |  |  |
| Chap 3.380 - Use of Force | | | | ERW0409-ERW0412 |
|  |  | 20 |  |  |
| Chap 4.047 - Ethics (Detention) | | | | ERW0466-ERW0467 |

EXHIBIT LIST            page    5 of 11

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 21 | | ERW0531-ERW0534 |
| | | Chap 4.193 - Use of Force (Jail) | | |
| | | 22 | | WC 0001-0130 |
| | | CONFIDENTIAL Washoe County Supp Response to Subpoena | | |
| | | 23 | | 688-689 |
| | | Washoe County Privilege Log | | |
| | | 24 | | ERWINE   001601-001603, ERWINE   001604-0011678, ERWINE   0011681-001729 |
| | | CONFIDENTIAL LVMPD Subpoena Response | | |
| | | 25 | | DEF 00230 |
| | | Email from Trotter | | |

EXHIBIT LIST       page ___6 of 11___

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 26 | | ERW0038 – DEF 00366 |
| | | Incident Report From Z. White re: mistreatment of man that was booked in blueroom | | |
| | | 27 | | ERW0066 |
| | | Letter from Washoe County Sheriff's Office to Erwine withholding offer of employment because of disqualification | | |
| | | 28 | | ERW0067 |
| | | Email from Las Vegas Metro Police Department indefinitely disqualified from eligibility based of employment history | | |
| | | 29 | | ERW0068 |
| | | Letter from Carson City Department of Alternative Sentencing disqualifying eligibility for employment | | |
| | | 30 | | ERW0069 |
| | | Letter from Douglas County Sheriff's Office unsuccessful background evaluations | | |

EXHIBIT LIST    page ___7 of 11___

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 31 | | ERW0070 |
| Letter to Mark A. Wright from Mark Wright re: letter of recommendation for M. Erwine | | | | |
| | | 32 | | ERW0071 |
| Letter North Las Vegas to M. Erwine ineligible to continue in the employment process | | | | |
| | | 33 | | ERW0072 |
| Letter from Reno Police Department to M. Erwine rejected application | | | | |
| | | 34 | | ERW0620 |
| Letter from DPS Rejecting Erwine from Employment | | | | |
| | | 35 | | ERW0590 |
| Chap 7 Investigations Division | | | | |

EXHIBIT LIST    page  8 of 11

Case #  3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 36 | | Affidavit of Matthew Maes — ERW0616-ERW0617 |
| | | 37 | | Affidavit of Andrew Allen Beaulieu — ERW0618-ERW0619 |
| | | 38 | | Recording of St. Summers threatening Erwine after incident involving Samuel Davis |
| | | 39 | | Certification of Records from Fallon PD — 687 |
| | | 40 | | Video and Documents in Response to Subpoena to Fallon PD |

EXHIBIT LIST    page     9 of 11

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 41 | | PLPT Background Letter |
| | | | | 690 |
| | | 42 | | Timmons Texts |
| | | | | 696-705 |
| | | 43 | | Letter from Jimmy Thomas |
| | | | | 1338-1341 |
| | | 44 | | LVMPD Emails re Ranking |
| | | | | 1342-1343 |
| | | 45 | | Jimmy Thomas Declaration |
| | | | | 1599 |

EXHIBIT LIST                  page   10 of 11

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 46 | | |
| | | | | 1600-1731 |
| CONFIDENTIAL LVMPD Subpoena Response | | | | |
| | | 47 | | |
| | | | | 1732 |
| Declaration of Casey Ryan | | | | |
| | | 48 | | |
| | | | | 1733 |
| Declaration of Leslie Hawley | | | | |
| | | 49 | | |
| | | | | 1734 |
| Certified Copy of City of Reno Rejection Letter | | | | |
| | | 50 | | |
| Churchill County's November 25, 2021 Responses to Plaintiff's First Request for Admission | | | | |

EXHIBIT LIST            page ___11 of 11___

Case #   3:18-cv-00461
Caption: Erwine v. Churchill County, et al.

Exhibits for Plaintiff

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 51 | | Churchill County's First Supplemental Responses to Plaintiff's First Requests for Admission |
| | | | | January 25, 2021 Video Deposition of Matthew Maes. |
| | | | | February 9, 2021 Video Deposition of Aubrey Corwin. |
| | | | | |
| | | | | |