Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
CHURCHILL COUNTY AND
BENJAMIN TROTTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**DEFENDANTS' EXHIBIT LIST** |

COME NOW Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and in accordance with the Court's Amended Order Regarding Trial (Doc. No. 143), hereby submit their exhibit list attached hereto.

DATED this 10th day of February, 2022.

            THORNDAL ARMSTRONG
            DELK BALKENBUSH & EISINGER

            By: /s/ Katherine F. Parks
            Katherine F. Parks, Esq.
            State Bar No. 6227
            Attorneys for Defendants

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing DEFENDANTS' EXHIBIT LIST to be served on all parties to this action by:

\_\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__✓__ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

\_\_\_\_\_ personal delivery

\_\_\_\_\_ facsimile (fax)

\_\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**316 California Ave., #82**
**Reno, NV 89509**
***Attorney for Plaintiff***

DATED this __10__ day of February, 2022.

_____
An employee of THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

EXHIBIT LIST        page 1 of 3

Case #  3:18-cv-00461-RCJ-CSD
Caption: Michael Erwine v. Churchill County and Churchill County Sheriff Benjamin Trotter

Exhibits for: Defendants

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 500 | | Daily Observation Reports bate-stamp DEF00001-DEF00126 |
| | | 501 | | Letter of Recommendation from Michael Sean Giurlani bate-stamp DEF00187 |
| | | 502 | | Supervisor's Comment dated August 11, 2016 bate-stamp DEF00195 |
| | | 503 | | Counseling Note dated October 7, 2016 bate-stamp DEF00194 |
| | | 504 | | CONFIDENTIAL Erwine's 2016 Income Tax Records bate-stamp ERWINE001344-001345 |

EXHIBIT LIST          page 2 of 3

Case #  3:18-cv-00461-RCJ-CSD
Caption: Michael Erwine v. Churchill County and Churchill County Sheriff Benjamin Trotter

Exhibits for: Defendants

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 505 | | CONFIDENTIAL Erwine's 2017 Income Tax Records bate-stamp ERWINE001420 |
| | | 506 | | CONFIDENTIAL Erwine's 2018 Income Tax Records bate-stamp ERWINE001497-001498 |
| | | 507 | | CONFIDENTIAL Erwine's 2019 Income Tax Records bate-stamp ERWINE001596-001598 |
| | | 508 | | Letter of Recommendation from Don Gibson bate-stamp DEF00188 |
| | | 509 | | Background Investigation Materials Churchill County Sheriff's Office bate-stamp DEF00267-00297 |

EXHIBIT LIST        page 3 of 3

Case #  3:18-cv-00461-RCJ-CSD
Caption: Michael Erwine v. Churchill County and Churchill County Sheriff Benjamin Trotter

Exhibits for: Defendants

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 510 |  | Letter from Washoe Tribe of Nevada and California dated July 10, 2019 bate-stamp ERWINE000621 |
|  |  | 511 |  | Offer of Employment to Michael Erwine from Sheriff Richard Hickox dated March 11, 2021 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |