Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
CHURCHILL COUNTY AND
BENJAMIN TROTTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** |

COME NOW Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and pursuant to the Court's Amended Order Regarding Trial (Doc. #143) hereby submit their proposed voir dire questions.

   1.   Have you, or a member of your family, ever been employed in the field of law enforcement?

   2.   Have you, or a member of your family, ever been employed by Churchill County?

   3.   Have you, or a member of your family, ever been a plaintiff or defendant in a wrongful termination lawsuit? If yes, please describe the nature of the lawsuit and how it was

- 1 -

resolved.

4. Have you, or a member of your family, ever been a party in any other type of civil lawsuit?

5. Are you currently employed? If yes, who is your employer?

6. Is your spouse or significant other employed? If yes, who is their employer?

7. Have you or a member of your family ever served on a jury before? If yes, please explain who served on the jury and briefly describe the nature of the case. In addition, please state whether your prior jury experience left you with any adverse feelings towards the jury system.

8. Have you heard or read anything about this case prior to being called as a juror, including, but not limited to, any newspaper articles referencing Michael Erwine, Ben Trotter or the Churchill County Sheriff's Office? If yes, please explain how your acquired such information.

9. Have you seen or read any social media posts which reference Michael Erwine or Ben Trotter? If yes, briefly describe the nature of those social media posts.

10. Do you know any of the other prospective jurors? If yes, please identify any juror whom you know.

11. Do you know any of the facts of this case? If yes, please explain.

12. Do you have any adverse feelings towards those employed in the field of law enforcement generally which you believe would impact your ability to be an impartial juror in this case? If yes, please briefly explain the basis for those feelings.

13. Have you, or a member of your family, ever applied for a job in law enforcement and not been hired? If yes, please explain.

14. Are you related by blood or marriage to any of the parties to this action, their attorneys, or any person whom you have reason to believe may be a witness in this action? If yes, please describe the nature of your relationship.

DATED this 10th day of February, 2022.

        THORNDAL ARMSTRONG
        DELK BALKENBUSH & EISINGER

        By: /s/ Katherine F. Parks
        Katherine F. Parks, Esq.
        State Bar No. 6227
        6590 S. McCarran Blvd., Suite B
        Reno, Nevada 89509
        (775) 786-2882
        kfp@thorndal.com
        Attorneys for Defendants
        Churchill County and
        Benjamin Trotter

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** to be served on all parties to this action by:

\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_✓_ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**316 California Ave., #82**
**Reno, NV 89509**
*Attorney for Plaintiff*

DATED this _10_ day of February, 2022.

_____
An employee of THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER