Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
CHURCHILL COUNTY AND
BENJAMIN TROTTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**DEFENDANTS' PROPOSED VERDICT FORMS** |

COME NOW Defendants, CHURCHILL COUNTY and BENJAMIN TROTTER, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby submit their proposed verdict forms (subject to revision depending upon presentation of evidence at trial) as follows:

- 1 -

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>        Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**<u>VERDICT FOR DEFENDANTS ON PLAINTIFF'S 42 U.S.C. §1983 CLAIM</u>** |

On Plaintiff's claim brought under 42 U.S.C. §1983 against the Defendants for the alleged deprivation of a liberty interest without adequate process under the Fourteenth Amendment of the United States Constitution and Article 1, §8(5) of the Nevada Constitution, we the jury find in favor of the Defendants and against Plaintiff.

DATED: _____, 2022.

_____
FOREPERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**<u>VERDICT FOR DEFENDANTS ON PLAINTIFF'S DEFAMATION CLAIM</u>** |

On Plaintiff's claim against the Defendants for defamation, we the jury find in favor of the Defendants and against Plaintiff.

　　　Dated: _____, 2022.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FOREPERSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**<u>VERDICT FOR DEFENDANTS ON PLAINTIFF'S TORTIOUS CONSTRUCTIVE DISCHARGE CLAIM</u>** |

On Plaintiff's claim against the Defendants for tortious constructive discharge, we the jury find in favor of the Defendants and against Plaintiff.

Dated: _____, 2022.

_____
FOREPERSON

- 4 -

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>                            Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>                            Defendants. | CASE NO. 3:18-cv-00461-RCJ-CSD<br><br>**VERDICT FOR DEFENDANTS ON PLAINTIFF'S INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE CLAIM** |

On Plaintiff's claim against the Defendants for intentional interference with prospective economic advantage, we the jury find in favor of the Defendants and against Plaintiff.

Dated: _____, 2022.

                                                    _____
                                                    FOREPERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada; CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER; and DOES 1 through 10 inclusive,<br><br>                    Defendants. | CASE NO.  3:18-cv-00461-RCJ-CSD<br><br>**<u>VERDICT FOR PLAINTIFF ON STATE TORT CLAIMS</u>** |

**<u>Defamation Claim</u>**

Do you find in favor of Plaintiff and against Defendants on Plaintiff's defamation claim?

YES: _____          NO: _____

**<u>Tortious Constructive Discharge Claim</u>**

Do you find in favor of Plaintiff and against Defendants on Plaintiff's tortious discharge claim?

YES: _____          NO: _____

**<u>Intentional Interference with Prospective Economic Advantage</u>**

YES: _____          NO: _____

Having found in favor of the Plaintiff and against Defendants on one or more of these claims, we the jury assess the total damages as follows:

Past emotional distress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____.00

Past lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____.00

TOTAL: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____.00

Dated: _____, 2022.

_____
FOREPERSON

DATED this 11th day of February, 2022.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ Katherine F. Parks
Katherine F. Parks, Esq.
State Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
Churchill County and
Benjamin Trotter

- 7 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **DEFENDANTS' PROPOSED VERDICT FORMS** to be served on all parties to this action by:

____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

_✓_ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

____ personal delivery

____ facsimile (fax)

____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

Luke Busby, Esq.
316 California Ave., #82
Reno, NV 89509
*Attorney for Plaintiff*

DATED this 11 day of February, 2022.

/s/ signature

An employee of THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

- 8 -