LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
LUKE ANDREW BUSBY, LTD.
316 California Ave 82
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL ERWINE,<br><br>        Plaintiff,<br><br>vs.<br><br>CHURCHILL COUNTY, a political subdivision of the State of Nevada, CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER, and DOES 1 through 10 inclusive;<br><br>        Defendants.<br>_____/ | Case No.: 3:18-cv-00461-RCJ WGC<br><br>**PROPOSED ORDER TO RESOLVE DEFENDANTS' EMERGENCY MOTION FOR CONTINUANCE OF TRIAL AND SANCTIONS PURSUANT TO FRCP 37** |

COMES NOW, Plaintiff MICHAEL ERWINE and Defendants CHURCHILL COUNTY, a political subdivision of the State of Nevada, CHURCHILL COUNTY SHERIFF BENJAMIN TROTTER, and hereby submit the following Proposed Order to Resolve Defendants' Emergency Motion for Continuance of Trial and Sanctions Pursuant to Federal Rule of Civil Procedure 37.

On February 16, 2022, Defendants filed an Emergency Motion for Continuance of Trial and for Sanctions Pursuant to FRCP 37. On February 18, 2022, the Plaintiff filed a response in opposition thereto. On February 19, 2022, the Defendants filed a reply. The parties have subsequently met and conferred about the motion and make the following proposal to resolve the issues raised in same for the Court's

consideration in advance of the hearing on the motion to be held on Wednesday, February 23, 2022:

(1) That discovery be reopened and that the Defendants be permitted to engage in discovery for a period of 120 days from the date of this Order on all issues related to and/or raised by the documents disclosed by Plaintiff on February 11, 2022;

(2) That the Defendants be permitted to file a Motion for Summary Judgement 30 days after the close of discovery; and

(3) That the trial date scheduled for March 15, 2022, be reset for a date convenient on the Court's calendar on August 1, 2022, or thereafter.

**DATED** this <u>Tuesday, February 22, 2022</u>

By: <u>/s/ Katherine Parks, Esq.</u>
KATHERINE F. PARKS, ESQ.
THORNDAL ARMSTRONG
6590 S. MCCARRAN BLVD. SUITE B.
RENO, NV 89509
*ATTORNEY FOR THE DEFENDANT*

By: <u>/s/ Luke Busby, Esq.</u>
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*

**IT IS SO ORDERED**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE