# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ERWINE, | Case No.: 3:18-CV-00461-RCJ-CSD |
| Plaintiff, | |
| vs. | **ORDER** |
| CHURCHILL COUNTY, a political subdivision of the State of Nevada, *et al.*, | |
| Defendants. | |

This case is set for jury trial on Tuesday, March 15, 2022, ECF No. 144. Today, Defendants filed a motion for summary judgment, ECF No. 171. Plaintiff's response is due on Thursday, March 17, 2022. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a response to the motion for summary judgment (ECF No. 171) on or before **5:00P.M., Friday, March 4, 2022**.

**IT IS FURTHER ORDERED** that Defendant shall file a reply on or before **5:00P.M., Tuesday, March 8, 2022,** no extensions will be granted.

DATED: This 24th day of February, 2022.

ROBERT C. JONES
United States District Judge