# Exhibit 5

Exhibit 5

To Sheriff Trotter

Subject: Inmate Beauliea and Deputy Erwine

On October 8 2016 at appropriately 0515 hours I arrived at work for day shift. While I was walking into the booking cage I could hear an inmate (Andrew Beauliea) yelling "give me water". I received pass down from grave shift that Beauliea was brought in during their shift and was non compliant during the booking process and was put into the security cell. After he was put in to the security cell Beauliea started hitting the door demanding water. The night shift Deputies informed me that when ever they made contact with Beauliea he was verbally aggressive towards them.

    At appropriately 0515 hours I made contact with Beauliea, I informed him that I was Deputy Thompson and asked him what going on; he told me to go "fuck myself". I then asked him if he wanted some water and he replied for me to go "fuck myself". At that point due to his aggravated attitude I closed the door and continued the jail inmate count. When I returned to the booking cage he was yelling again that he wanted water. Deputy Erwine came on Shift and made contact with Beauliea around 0607 hours. He asked Beauliea if he wanted water several times to which he was also told to "fuck off". Deputy Erwine told him that he just got on and that he didn't know what his situation was. Beauliea told him that he has been asking for water for hours and that Deputy Thompson was outside his door the whole time laughing at him when he was asking for water. Deputy Erwine told him that he would find out about why he was put in the security cell and his charges. Around 0615 Deputy Erwine made contact with Beauliea and informed him of his charges and that when he sobers up and is able to be booked that he would be removed from the security cell. Deputy Erwine had him blow into a PBT with a result of .097.

    Around 0705 hours Deputy Erwine was at the video monitor in the booking cage reviewing the booking videos of Beauliea, he spent at least 30-40 minutes revewing the videos. Erwine told me if night shift would have given Beauliea water when he first asked there wouldn't have been an issue and his rights would not have been violated. I replied to him that if an inmate in the security cell is being non compliant and aggressive we do not open the cell and offer them items; we wait until they are sober or compliant and then deal with them.

    At approximate 0900 hours I entered the booking cage and saw Deputy Erwine writing in a Word document on his work station. While walking by I could see that he was typing a report about Beauliea, how the night shift handled the situation, how the inmate rights were violated and how he made contact with the inmate.

    Around 1016 hours I was coming back from the female dorm and I saw Deputy Erwine escorting Beauliea out of the security cell. I asked Erwine what was he doing and he replied that he was booking him. During the booking I gave Beauliea an alcohol wipe and Band-Aid for a superficial cut on a finger on his right hand. After booking Beauliea I heard him whisper to Erwine that he wanted to talk to him, Erwine escorted him to the kitchen and talked to him for several moments. He was then taken out to get printed; during this time Deputy Erwine and the inmate were in constant

communication.
Beauliea was given his cell phone to retrieve phone numbers to make a bail call on the booking cage phone. After he finished his bail call I escorted him to his cell (M-1).

    Around 1158 hours I received a bond from Fallon Bail and inmate was released from custody. When Sgt. Summers came on shift I went back to his office to talk to him about the incident because I felt uneasy about how Deputy Erwine had handled everything.

*Deputy Thompson 645*