# Exhibit 6

Exhibit 6



**OFFICE OF THE SHERIFF**
CHURCHILL COUNTY, NV



**Ben Trotter**
*Sheriff*

October 8, 2016

Sheriff Trotter
73 N. Maine St
Fallon, NV 89406

SUBJECT:   Incident in regards to Inmate Beaulieu, Andrew and Dep. Erwine

At the beginning of Swing shift on Saturday October 8th I was approached by Dep. Thompson who stated Dep. Erwine appeared to be in some form of collaboration with inmate Beaulieu.

Beaulieu was arrested by the Fallon Police Department for Injury to Property of Another and was brought in to be booked on the 8th at approximately 0330 hours. Grave shift attempted to book the subject but he became uncooperative due to his blood alcohol level and was placed in the Security Cell on a 15 to 30 minute watch; an incident report was completed.

Dep. Thompson told me that at approximately 0515 hours he popped the Security Cell door and asked inmate Beaulieu if he needed anything; he was told to "fuck off" numerous times and closed the door.

I was told by Dep. Thompson that Dep. Erwine spoke with inmate Beaulieu at or near the kitchen and during fingerprinting. Dep. Erwine then spent an excessive amount of time reviewing all of the security cell footage involving Beaulieu and his housing.

Dep. Thompson also stated that Dep. Erwine was typing some sort of incident in regards to Beaulieu in a Word Document on his computer; this was never printed and or forwarded on to me.

Prior to Dep. Erwine leaving the shift I pulled him into my office and asked him if he had any issues with the way things were handled; he relayed to me that he was worried about a law suit. I explained that suits were a possibility in this line of work but also explained that we did not give inmate's water, food… in the security cell while they were noncompliant and or agitated.

After Dep. Erwine left I had the opportunity to speak to Dep. Thompson more about the incident; the more I heard the more upset I became. If Erwine had any misgivings about how the incident was handled he should have come directly to me, called the day shift Sergeant or gone directly to the Captain. He has no authority at all in his current position to view/review video tapes and consult with inmates about their care and custody.

At approximately 1715 hours Dep. Vallaster told me that Beaulieu was on the jail line and requested to speak with a Sergeant about his treatment in our facility.

I took the jail line in my office; he told me that he was extremely upset and felt that he was treated very poorly. His main complaint seemed to be that no one offered him water during his short stay in the security cell. I told him that Dep. Thompson had checked on him at the

Churchill County, Nevada, a political subdivision of the State of Nevada, is an equal opportunity provider and employer.

**Churchill County Sheriff's Office • (775) 423-3116**
73 N. Maine Street, Suite A • Fallon, Nevada 89406
www.churchillcounty.org/sheriff

ERW0041




**Ben Trotter**
*Sheriff*

beginning of the shift at approximately 0515 to see if he needed anything and was told several time to "fuck off". I explained that it was not our policy to open the door and give water to inmates' that were uncooperative and noncompliant.

Beaulieu could not remember Dep. Erwin's name and attempted to get me to say it throughout the call; I finally told him that I did not know who was working with Dep. Thompson.

Beaulieu told me that the younger, black haired Deputy had reviewed all of the video footage and spoken to him several times and indicated that a law suit would be winnable. He said I'm not going to tell you that he told me; but I was told by his facial expressions that I have a good case against the jail.

I explained that he could do what he felt need to be done and hung up with him on the phone.

Called Sheriff Trotter and discussed the call with him; was told to have Sgt. Nuckolls access Erwine's computer for any sign of the incident report that Dep. Thompson had seen. After an hour or so Sgt. Nuckolls was able to locate a screen shot of a Word Document written by Dep. Erwine outlining his "investigation" into the security cell incident.

Dep. Thompson was also called in to complete a report on his observations during the shift.

All reports were printed and placed under the Sheriff's door in a manila envelope including a copy of the booking sheet, Security Cell placement report, watch sheet...

By: Sergeant Summers 474

Churchill County, Nevada, a political subdivision of the State of Nevada, is an equal opportunity provider and employer.

**Churchill County Sheriff's Office • (775) 423-3116**
73 N. Maine Street, Suite A • Fallon, Nevada 89406
www.churchillcounty.org/sheriff

ERW0042