# Exhibit 7

# Exhibit 7

OVERVIEW:

On October 9, 2016, at approximately 0850-0900 hours, I observed Deputy Erwine display a use of force of electronic control device (ECD) against Inmate Maes without the necessity to do so in violation of Detention Use of Force Policy 4.193.

ACTIONS/OBSERVATIONS:

While removing inmate property from the booking cage, I accidentally knocked over a can containing numerous tools and screws which fell under the shelving. After placing property into assigned storage, I returned to the cage and requested kitchen worker Inmate Maes to assist with reaching items further against the wall under the shelf as I was unable to reach them. Inmate Maes complied and knelt down to pick up the items as requested.

Deputy Erwine was standing near the north side of the cage with his back against the filing cabinet when Inmate Maes entered the cage and while the request to assist in retrieving the items was made. Deputy Erwine, without notice, verbal command, or need, drew his ECD and aimed it at inmate Maes who was, at this time, knelt down on the floor. I immediately looked up at Deputy Erwine when I observed the red ECD light on the floor directly in front of Inmate Maes near his hands, which distracted me from maintaining visual contact of items being picked up for safety and security of the facility.

The red light on the floor indicated the ECD was activated and I observed the cartridge to be attached. Deputy Erwin snickered while aiming the ECD at Inmate Maes and was aiming the ECD at him while leaning against the shelving counter which led me to believe he did not feel threatened by Inmate Maes. Deputy Erwine turned off the ECD, removed the cartridge, reactivated the ECD, and pulled the trigger making a loud noise while sparking all while still aiming the ECD at Inmate Maes. I observed Inmate Maes display body language which appeared non aggressive as he was crouched on the ground. Deputy Erwine replaced the ECD cartridge and re-holstered. Inmate Maes left the cage without incident.

CONCLUSION/RECOMMENDATIONS:

I observed Deputy Erwine display a use of force to an inmate which was based on my knowledge/training/experience, not reasonable or necessary. The ECD could have easily gone off and struck both Inmate Maes and me due to lack of proper handling. Deputy Erwine violated Detention Policy and showed reckless behavior with a less lethal weapon at the level 4 use of force and appeared to be "joking" with the inmate.

Deputy Erwine did not complete a report, also, per policy. I believe if this type of action by Deputy Erwine continues it could result in safety issues to staff and Inmates. These weapons are for safety and aid in security of the Detention Center and should not be used in this manner or taken lightly by Inmates as well as prevent a possible lawsuit on the department for perceived and/or apparent excessive force issues.

This report is for informational purposes.

Deputy J. Jabines #653

ERW0047