# Exhibit 8

Exhibit 8



**Christopher J. Hicks**
District Attorney

One South Sierra Street
Reno, Nevada 89501

775.328.3200
washoecounty.us/da

October 22, 2020

Luke Busby
316 California Avenue, #829
Reno, NV 89509

Re: *Erwine v. Churchill County*

Dear Mr. Busby,

Please accept this letter as a follow up to my prior letter responding to your subpoena to the Washoe County Sheriff's Office. Set forth below is the Bates-Stamp number and description of the confidential documents in the possession of the Washoe County Sheriff's Office:

- 131 – 133          Internal WCSO Document, undated
- 134                Internal WCSO Email, dated May 1, 2018
- 135-141            Internal WCSO Document, undated
- 142-154            Internal WCSO Document, dated 4/30/2018
- 155-157            Internal WSCSO Document, dated 4/30/2018
- 158 - 161          Carson City Sheriff's Office Report, dated 6/15/2011
- 162-169            Churchill Co. SO Memorandum, dated 10/10/2016
- 170- 177           Churchill Co. SO Report, dated 10/8/2016
- 178 - 180          Internal WCSO Report, undated
- 181                Internal WCSO email, dated 10/6/2015
- 182 – 187          Internal WCSO Report, dated 10/5/2015
- 188                Internal WCSO email, dated 10/6/2015
- 189 - 210          Carson City's Sheriff's Office Report
- 211 - 222          Internal WCSO Report, undated

Luke Busby
October 22, 2020
Page 2

- 223        Carson City's Sheriff's Office Report, undated
- 224-228    Churchill Co. Sheriff's Office Report, dated 3/9/2016
- 229-236    Churchill Co. HR Application, dated 9/9/2015
- 237        Churchill County Sheriff's Office letter

Sincerely,

*Keith G. Munro* (signature)

Keith G. Munro
Deputy District Attorney
Washoe County District Attorney

KM/mc

ERWINE - 000689