# Exhibit 10

Exhibit 10

## CERTIFICATE OF RECORDS CUSTODIAN



STATE OF NEVADA  )
                 ) ss.
COUNTY OF CLARK  )

The undersigned Custodian of Records for the North Las Vegas Police Department, after being first duly sworn, deposes and says:

That the undersigned is an employee of the North Las Vegas Police Department and in such capacity is the custodian of records for that institution.

That the Custodian of Records of the North Las Vegas Police Department was served with a written request in connection with the **Michael Erwine v. Churchill County** matter calling for the production of **all records pertaining to Michael Erwine provided by the Churchill County Sherriff's Office.**

That the undersigned has examined the original records/information/files requested in the subpoena and has found **no records.**

DATED this __4th__ day of __March__, 2019

_____
Denise Scarff, Custodian of Records
North Las Vegas Police Department

State of Nevada)
               ) ss.
County of Clark)

SUBSCRIBED and SWORN to before me

This __4th__ day of __March__, 2019

by Denise Scarff as Custodian of Police Records

_____
Notary Public

SHERRY ANN MCGILL
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-06-22
Certificate No: 14-13517-1

ERWINE - 001749

 500 DAMONTE RANCH PARKWAY, SUITE 980　　JASON D. GUINASSO
RENO, NV 89521　　PARTNER
775.853.8746　　JGUINASSO@HUTCHLEGAL.COM
FAX 775.201.9611
HUTCHLEGAL.COM

February 6, 2019

North Las Vegas Police Department
2332 N. Las Vegas Boulevard, Suite 200
North Las Vegas, Nevada 89030

RE: Erwine v. Churchill County; Case No. 3:18-cv-00461-RCJ-WGC
Subpoena Duces Tecum – Churchill County Employment File
of Michael Erwine; DOB: 04/08/1989

To Whom It May Concern:

I have enclosed a Subpoena Duces Tecum requesting the entire employment file of Michael Erwine as provided to you by his prior employer, Churchill County Sheriff's Office, upon his application to your organization.

We would be happy to reimburse you for any charges related to the copying and/or delivery of the requested documents. Please send an invoice with your packet, or in the alternative, call this office for payment prior to processing this request and we will send payment at that time.

Please do not hesitate to contact this office with any questions or concerns. Thank you for your courtesy and cooperation in this matter.

Sincerely,

JASON D. GUINNASSO, Esq.
Attorney for Michael Erwine

Enclosures: (as stated)

/ao

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Michael Erwine, an individual <br> *Plaintiff* <br> v. <br> Churchill County, a political subdivision of the State of Nevada; and DOES 1 through 10 inclusive. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:18-cv-00461-RCJ-WGC |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: North Las Vegas Police Department located at 2332 N. Las Vegas Boulevard, Suite 200, North Las Vegas, Nevada 89030

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The complete employment history file of Michael Erwine as it was provided to your office by the Churchill County Sheriff's Office. This includes any and all information and documentation regarding preemployment background investigations, employment information and any information regarding reprimands.

| Place: Hutchison & Steffen <br> 500 Damonte Rancy Parkway, Suite 980 <br> Reno, Nevada 89521 | Date and Time: <br> 03/07/2019 1:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/06/2019

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Michael Erwine
_____, who issues or requests this subpoena, are:

Jason Guinasso (NSB# 8478), 500 Damonte Ranch Parkway, Ste. 980, Reno NV 89521; Tel: 775.853.8746

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).