# Exhibit 12

# Exhibit 12

## AFFIDAVIT OF ANDREW ALLEN BEAULIEU

**STATE OF NEVADA** )
) ss.
**COUNTY OF WASHOE** )

Under penalty of perjury, I, Andrew Allen Beaulieu, hereby swear that the information contained in this Affidavit is true and accurate:

1. My name is Andrew Allen Beaulieu.
2. I am a resident of the State of Nevada.
3. I am over 18 years of age.
4. On October 8, 2016, at approximately 3:30 a.m., I was brought into the Churchill County Detention Center on injury to property of another charges (case: F16-07696).
5. Upon arrival to the Detention Center I was taken to a holding cell.
6. Prior to my booking, I sustained a cut on my hand. The cut was not addressed when first admitted and blood was spilled on the door and wall of the cell.
7. I began requesting water starting at approximately 3:50 a.m. During each request, and in an attempt to antagonize me, the guards would flush the drain to make my request inaudible.
8. Deputy Erwine approached my cell at approximately 5:50 a.m. and inquired about the blood and cut on my hand. It was at this time I told Deputy Erwine I had been requesting water for hours and that the other officers would flush the toilet and laugh at each of my previous requests, which resulted in my punching of the door.
9. Deputy Erwine provided me with water and medical attention and explained what the rest of the booking process would look like.
10. I was then taken to be fingerprinted by Deputy Erwine and returned to the holding cell.



EXHIBIT 25

11. Deputy Erwine did not provide me with legal advice regarding how I had been treated by the other deputies.

12. Deputy Erwine was fair and professional during his period of supervision over me.

13. The day following the incident and my release, I contacted the Detention Center and requested a copy of the videotape and recording.

14. I did not see or hear from Deputy Erwine until June 5, 2018, when he approached me and asked if I would provide an affidavit of my experience.

DATED: This 16th day of June 2018.

_____
Andrew Allen Beaulieu

**SUBSCRIBED and SWORN to before me**
**This 16th day of July 2018.**

_____
**NOTARY PUBLIC**

BERNADETTE FRANCIS
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 2-17-2020
Certificate No: 18-1861-2