# Exhibit 17

Exhibit 17

## DECLARATION OF LESLEY HAWLEY

I, Lesley Hawley, declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am the human resources manager at Pyramid Lake Paiute Tribe. I have been employed at the Pyramid Lake Paiute Tribe for __6__ years;

2. I conducted the background investigation for Mr. Erwine during his hiring process in my capacity as the human resources manager at the Pyramid Lake Paiute Tribe;

3. I have specialized training and experience doing background investigations in my capacity at the Pyramid Lake Paiute Tribe; and

4. While conducting Mr. Erwine's background investigation at the Pyramid Lake Paiute Tribe, I only confirmed his dates of employment, I never received any materials from Churchill County nor received any derogatory information about him;

I declare under penalty of perjury that the foregoing is true and correct. Executed on: __September 27, 2021__, in Nixon, Nevada

By: ___[signature]___
Lesley Hawley

ERWINE - 001733