# Exhibit 18

# Exhibit 18

# DECLARATION OF SERGEANT CASEY RYAN

I, Casey Ryan, declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am a sergeant at the Washoe Tribe of Nevada and California. I have been employed at the Washoe Tribe in total for 16 years;

2. I conducted the background investigation for Mr. Erwine during his hiring process in my capacity as sergeant at the Washoe Tribe;

3. I have specialized training and experience doing background investigations in my capacity at the Washoe Tribe; and

4. While conducting Mr. Erwine's background investigation at the Washoe Tribe, I never received any materials from Churchill County and did not contact Churchill County about Mr. Erwine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-20-21 in Reno, Nevada

By: _____
Casey Ryan