AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL ERWINE,

          Plaintiff,

v.

CHURCHILL COUNTY, a political subdivision of the State of Nevada, *et al.*,

          Defendants.

JUDGMENT

Case Number: 3:18-cv-00461-RCJ-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 171) is **GRANTED**. Summary judgment is **GRANTED** in favor of Defendants for Plaintiff's federal-law causes of action. The pendent state-law claims are dismissed without prejudice under 28 U.S.C. § 1367(c)(3).
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: March 9, 2022



CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk