| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 2 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MICHAEL ERWINE,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>COUNTY OF CHURCHILL; BENJAMIN TROTTER, Churchill County Sheriff,<br><br>        Defendants-Appellees. | No.   22-15358<br><br>D.C. No. 3:18-cv-00461-RCJ-CSD<br>District of Nevada,<br>Reno<br><br>ORDER |

Before: WARDLAW, NGUYEN, and KOH, Circuit Judges.

Appellant Michael Erwine's Motion to Stay the Mandate (dkt. 39) is **GRANTED**. Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is stayed for 90 days to permit Erwine to file a petition for writ of certiorari in the Supreme Court. Erwine must notify the Court in writing that the petition has been filed, in which case the stay will continue until the Supreme Court resolves the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii). Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this Court immediately upon the Supreme Court's decision.