UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

MICHAEL ERWINE,

            Plaintiff - Appellant,

  v.

COUNTY OF CHURCHILL and
BENJAMIN TROTTER, Churchill
County Sheriff,

            Defendants - Appellees.

No. 22-15358

D.C. No. 3:18-cv-00461-RCJ-CSD
U.S. District Court for Nevada,
Reno

**MANDATE**

---

The judgment of this Court, entered March 07, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT